## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

EDWIN F. YOUNG,     )
            )
  Plaintiff,      )
            )
vs.           )  **CIVIL ACTION NO. 10-00179-CG-M**
            )
INTERNATIONAL PAPER   )
COMPANY,       )
            )
  Defendant,     )
            )

## FINAL JUDGMENT

In accordance with the court's order entered this date, it is **ORDERED**,

**ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor

defendant, International Paper Company and against plaintiff, Edwin F. Young.

Therefore, plaintiff's claims against International Paper Company are hereby

**DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE** and **ORDERED** this 24th day of August, 2011.


/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE